🖐 **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

      - v. -        :        NOTICE OF INTENT TO
                               FILE AN INFORMATION
JESUS JUSTIANO,        :

         Defendant.        :        **07 CRIM. 905**

- - - - - - - - - - - - - - - x

*JUDGE LYNCH*

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           August 23, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

            By:   _____
                       Benjamin Gruenstein
                       Assistant United States Attorney

            AGREED AND CONSENTED TO:

            By:   _____
                       Lee Ginsberg, Esq.
                       Counsel for the Defendant



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 7 2007

TOTAL P.02

9/7/07 WHEEL A