**JUDGE LYNCH**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
          :
UNITED STATES OF AMERICA    :
          :
     - v. -    :       INFORMATION  RCD
          :
JESUS JUSTINIANO,    :       07 CRIM   905
          :
          Defendant.    :
          :
- - - - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 5 2007

### COUNT ONE

The United States Attorney charges:

1. On or about June 6, 2007, in the Southern District of New York, JESUS JUSTINIANO, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, attempted criminal sale of a controlled substance in the third degree in New York State Supreme Court, Bronx County, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a Davis .380 semi-automatic handgun, which had previously been shipped and transported in interstate commerce.

     (Title 18, United States Code, Section 922(g).)



MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---
---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---
---

**UNITED STATES OF AMERICA**

- v. -

**JESUS JUSTINIANO,**

Defendant.

---

**INFORMATION**

07 Cr.

(18 U.S.C. § 922(g))

MICHAEL J. GARCIA
United States Attorney.

Foreperson.

---

Sept. 25, 2007
Filed Waiver of Indictment and Information
Filed Consent to Proceed Before a USMJ on a Felony Plea
allocution. Deft. pres. n/atty Lee Ginsberg. AUSt: Ben
Greenstein + Ct. Rptr. present. Deft. pleads guilty as
charged. Mag. Judge Freeman recommends that
Judge Lynch accept the proffered plea allocution.
PSI Ordered. Sentence-Ctrl date 12/21/07. Parties
to contact Judge Lynch's chambers. Deft. cont'd detained.
Freeman, USMJ