UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

905

JUDGE LYNCH

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    :

       v.                                      :

JESUS JUSTINIANO,                              :    07 Cr. ____(GEL)

      Defendant.                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

    The above-named defendant, who is accused of violating Title 18, United States

Code, Section 922(g), being advised of the nature of the charge and of his rights, hereby waives, in

open Court, prosecution by indictment and consents that the proceeding may be by information

instead of by indictment.



_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
    September 20, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 5 2007

0202