UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                :
:
-v-                                      :     07 Cr. 905 (GEL)
:
JESUS JUSTINIANO,                        :     ORDER
:
Defendant.                          :
:
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Debra C. Freeman on September 25, 2007; and

WHEREAS, upon review of the transcript of defendant's September 25, 2007, allocution, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

It is hereby ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
       November 26, 2007

_____
GERARD E. LYNCH
United States District Judge